UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:18-cr-0213-TWP-TAB |
| | ) | |
| DANIEL GREEN, | ) | -01 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On July 6, 2022, September 6, 2022, and January 9, 2023, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on June 22, 2022 [Dkt. 17], and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on November 30, 2022 [Dkt. 27]. For the hearings, Defendant appeared in person and by FCD counsel Gwendolyn Beitz. Government represented by AUSA Jeremy Fugate and AUSA Lawrence Hilton. USPO represented by Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Green of his rights and ensured he had a copy of the Petition [Dkt. 17], and the Supplemental Petition [Dkt. 27]. Defendant Green waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Green admitted violation nos, 1, 2, 3, and 4 as set forth in the Petition [Dkt. 17] and Supplemental Petition [Dkt. 27].

3. The allegations to which Defendant admitted as fully set forth in the Petition [Dkt. 17] and the Supplemental Petition [Dkt. 27] are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state or local crime."** |

According to the Indianapolis Metropolitan Police Department probable cause affidavit, on June 12, 2022, at approximately 11:34 p.m., an officer observed a dark colored SUV cross over the center line into oncoming traffic on three occasions nearly striking other vehicles. The officer conducted a traffic stop on the SUV and identified Mr. Green as the registered owner and driver.

The officer observed Mr. Green's eyes to be red and bloodshot, and his motions and responses to be slow. Mr. Green was asked to step out of the vehicle numerous times, which he refused. Once he agreed to step out of the vehicle, he was unsteady on his feet and needed assistance to remain upright. Due to the traffic stop location, field sobriety testing was not conducted at the scene, and Mr. Green was transported to Eskenazi Hospital.

An IMPD officer trained in impaired driving detection spoke with Mr. Green and could smell the odor of an alcoholic beverage coming from his person or breath. Mr. Green refused field sobriety testing and refused to submit to chemical testing after three requests, resulting in a search warrant being issued for a blood draw. Mr. Green was subsequently arrested for operating a vehicle while intoxicated. According to the probable cause affidavit supplement, the blood sample results were .259 BAC.

On June 16, 2022, this incident was formally charged in Marion County Superior Court case number 49D19-2206-CM-013257. Mr. Green has been charged with misdemeanor offenses of operating a vehicle while intoxicated endangering a person, operating a vehicle with alcohol concentration equivalent to .15 or more, and operating a vehicle while intoxicated.

| | |
|---|---|
| 2 | **"The defendant shall refrain from all use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."** |

        On June 12, 2022, Mr. Green was arrested for operating a vehicle while intoxicated. As noted in the probable cause affidavit, Mr. Green's blood alcohol concentration was .259 BAC.

3      **"The defendant shall refrain from any unlawful use of a controlled substance."**

        On November 23, 2022, Mr. Green submitted a urine specimen which tested positive for cocaine, with the sample being confirmed positive for benzoylecgonine, a cocaine metabolite, by Alere Laboratories. Attempts to contact Mr. Green regarding this positive result have been unsuccessful.

4      **"The defendant shall refrain from all use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."**

        On November 23, 2022, Mr. Green submitted a urine specimen which tested positive for Ethyl Glucuronide. Mr. Green denied consuming alcohol, and the sample was sent to Alere Laboratories for further testing. Alere Laboratories reported the urine sample tested positive for Ethyl Glucuronide and Ethyl Sulfate, which are both indicative of recent alcohol consumption.

4. The Court finds that:

    (a)    The highest grade of violation is a Grade B violation.

    (b)    Defendant's criminal history category is VI.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 27 months' imprisonment.

5. The parties jointly recommended a sentence of twenty-one (21) months incarceration, with no supervised release to follow. In addition, Defendant requested placement by the Bureau of Prisons at an appropriate facility as close as possible to Indianapolis, Indiana.

    The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that Defendant violated the conditions set forth in the Petition and the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee

for a period of twenty-one (21) months, with no supervised release to follow. The Magistrate Judge further recommends that the Bureau of Prisons place Defendant Green at an appropriate facility as close as possible to Indianapolis, Indiana.

Defendant Green is to remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties, on the record of the January 9, 2023 hearing, waived the fourteen-day period to object to this Report and Recommendation.

Dated: 11 JAN 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

USMS

USPO